**Caroline C. McCreary, #176563**
Attorney at Law
7081 N. Marks
Suite #104 PMB 302
Fresno CA. 93711 Telephone (559) 696-4529
CCMcCreary@Yahoo.com

ATTORNEY FOR DEFENDANT: ANNA JIMENEZ-AMBRIZ

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>V.<br>ANNA JIMENEZ-AMBRIZ<br><br>                  Defendant. | CASE NO.  1:20-CR-00175-DAD-BAM<br><br>**REQUEST FOR MODIFICATION OF PRETRIAL RELEASE CONDITION OF NO ASSOCIATION**<br>**ORDER THEREON**<br><br>Judge Hon. Stanley A. Boone |

   IT IS HERBY REQUESTED that a pretrial Release Modification be granted to allow a change in the "not associate" condition of Ms. Anna Concepcion Jimenez-Ambriz's, hereinafter (Ms. Jimenez-Ambriz).  Pretrial Release Conditions. It is respectfully requested that Ms. Jimenez-Ambriz be allowed to associate with co-defendant Mr. Zaragoza.

   The Eastern District of California held a Detention Hearing regarding Ms. Jimenez-Ambriz during which Ms. Jimenez-Ambriz was released from custody with release conditions.  Ms. Jimenez-Ambriz was ordered not to associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the PSO.

   At the time of Ms. Jimenez-Ambriz's arrest she and her codefendant Mr. Rafael Zaragoza had been in a dating relationship for two years and had been living together for the last six months of their relationship. The proposed modification of no association with co-defendants is as follows:

\\\

\\\

1

The defendant is not to associate or have any contact with co-defendants, except Mr. Rafael Zaragoza, unless in the presence of counsel or otherwise approved in advance by the PSO.

DATED:  March 4, 2021.

>/s/ Caroline C. McCreary
> Caroline C. McCreary
> Counsel for Defendant
> Anna Jimenez-Ambriz

## FINDINGS AND ORDER

The Court has been informed that neither the U.S. Attorney's office nor Pretrial Services object to the modification.   GOOD CAUSE APPEARING, the above request that conditions of Pretrial Release as to Ms. Jimenez-Ambriz in Case No. 1:20-cr-00175-DAD are modified as follows:

1. Not to associate or have any contact with co-defendants, except Mr. Rafael Zaragoza, unless in the presence of counsel or otherwise approved in advance by the PSO.

2. All other pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 11, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE